Charles R. Jacob III (CJ-4143)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

                Plaintiff,

-against-

DREAM HOUSE MORTGAGE
CORPORATION and JOHN PONTE,

                Defendants.

07 Civ. ____

RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Advisors LLC, a nongovernmental corporate party, certifies that no publicly held corporation holds ten (10) percent or more of its stock.

Dated:  June 14, 2007

                MILLER & WRUBEL P.C.

                By: _____
                    Charles R. Jacob III (CJ-4143)
                    250 Park Avenue
                    New York, New York 10177
                    (212) 336-3500

                    Attorneys for Plaintiff
                    Terwin Advisors LLC