**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERWIN ADVISORS LLC,

        Plaintiff,

        -against-

INVESTAID CORPORATION,

        Defendant.
------------------------------------------------------------X

Case No. 07 CV 5706
(Judge Marrero)

AFFIDAVIT OF SERVICE

STATE OF MICHIGAN    )
        S.S.:
COUNTY OF OAKLAND    )

C. J. OTT, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 19th day of June, 2007, at approximately the time of 1:45 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon INVESTAID CORPORATION at 24315 Northwestern Highway, Suite 100, Southfield, MI, by personally delivering and leaving the same with Robert Rubin who informed deponent that he holds the position of Owner with that company and is authorized by appointment to receive service at that address.

Robert Rubin is a White Male, approximately 40+ years of age, stands approximately 5 feet 7 inches tall, weighs approximately 150 pounds with Grey hair.

_____
PROCESS SERVER

Sworn to before me this
22 day of June, 2007

_____
NOTARY PUBLIC

BONNIE PHILLIPPI
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission expires September 18, 2013
Acting in the County of Oakland

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com