UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

                                    Plaintiff,

        -against-

INVESTAID CORPORATION,

                                    Defendant.

Case No.:  07 Civ. 5706 (VM)

ECF Case

**CLERK'S CERTIFICATE**

        I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 14, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on June 19, 2007 by personal service upon Robert Rubin, Owner of Investaid Corporation, and proof of such service thereof was filed on June 25, 2007.

        I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, New York
       July 19, 2007

                **J. MICHAEL MCMAHON**
                Clerk of the Court

        By: _____
                Deputy Clerk