UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | Case No.: 07 Civ. 5706 (VM) |
| Plaintiff, | ECF Case |
| -against- | **AFFIDAVIT FOR** |
| INVESTAID CORPORATION, | **CERTIFICATE OF DEFAULT** |
| Defendant. | |

STATE OF NEW YORK   )
                                     ) ss.:
COUNTY OF NEW YORK   )

Dana B. Zimmerman, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and the firm of Miller & Wrubel P.C., attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Local Civil Rules for the Southern District of New York, in support of plaintiff's application for a certificate of default.

3. This action was commenced on June 14, 2007 by the filing of the summons and complaint. A copy of the summons and complaint was served on defendant on June 19, 2007 by personal service on Robert Rubin, Owner of Investaid Corporation, and proof of such service thereof was filed on June 25, 2007. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

WHEREFORE, plaintiff requests the entry of Default against defendant.

*[signature]*
Dana B. Zimmerman (DZ-3737)

Sworn to before me this
19th day of July 2007

*[signature]*
Notary Public

GERI GOODWIN
Notary Public, State of New York
No. 01GO6038993
Qualified in Westchester County
Commission Expires March 20, 2010

2