UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | Case No.: 07 Civ. 5706 (VM) |
| Plaintiff, | ECF Case |
| -against- | |
| INVESTAID CORPORATION, | **DEFAULT JUDGMENT** |
| Defendant. | |

This action having been commenced on June 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Investaid Corporation ("Investaid"), on June 19, 2007, by personal service on Robert Rubin, Owner of Investaid, and a proof of service having been filed on June 25, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant, in plaintiff's favor, in the amount of $714,134.00 with interest at 9% from July 20, 2007 to date, amounting to $4,578.34, plus attorneys' fees, costs and disbursements of this action in the amount of $14,891.29, amounting in all to $733,603.63.

Dated: New York, New York
        August 20, 2007

_____
Hon. Victor Marrero, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-07